UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-cv-24298-BLOOM/Otazo-Reyes

HOWARD COHAN,

    Plaintiff,

vs.

CORAL CAY RESTAURANTS LLC,
d/b/a CORAL CAY – BK - 24150,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, CORAL CAY RESTAURANTS LLC, d/b/a CORAL CAY – BK - 24150 ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated:     12/30/2020

                                                      BY:   */s/ Jason S. Weiss*
                                                               Jason S. Weiss
                                                               Jason@jswlawyer.com
                                                               Florida Bar No. 356890
                                                               **WEISS LAW GROUP, P.A.**
                                                               5531 N. University Drive, Suite 103
                                                               Coral Springs, FL 33067
                                                               Tel: (954) 573-2800
                                                               Fax: (954) 573-2798
                                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record, and sent a copy of same to Defendant, CORAL CAY RESTAURANTS LLC, via email.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890