UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-cv-24298-BLOOM/Otazo-Reyes

HOWARD COHAN,

    Plaintiff,

vs.

CORAL CAY RESTAURANTS LLC,
d/b/a CORAL CAY – BK - 24150,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, CORAL CAY RESTAURANTS LLC, d/b/a CORAL CAY – BK - 24150 ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with Prejudice** with each party bearing his/their own attorneys' fees and costs.

                        BY: /s/ *Jason S. Weiss*
                                Jason S. Weiss
                                Jason@jswlawyer.com
                                Florida Bar No. 356890
                                **WEISS LAW GROUP, P.A.**
                                5531 N. University Drive, Suite 103
                                Coral Springs, FL 33067
                                Tel: (954) 573-2800
                                Fax: (954) 573-2798
                                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record, and sent a copy of same to Defendant, CORAL CAY RESTAURANTS LLC, via e-mail.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
